UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELINOR GOLDBERG,

                        Plaintiff,

    -v-                                            1:15-CV-3

WESTCHESTER-ELLENVILLE HOSPITAL,
INC. *doing business as* Ellenville Regional
Hospital,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

EISENBERG & BAUM LLP                  ANDREW ROZYNSKI, ESQ.
Attorneys for Plaintiff                         LEAH WIEDERHORN, ESQ.
24 Union Square East, 4th Floor
New York, NY 10003

LITCHFIELD CAVO LLP                     KRUPA A. SHAH, ESQ.
Attorneys for Defendant                    EDWARD FOGARTY, JR., ESQ.
420 Lexington Avenue
Suite 2104
New York, NY 10170

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Elinor Goldberg brought suit against defendant Westchester-Ellenville

Hospital, Inc. doing business as Ellenville Regional Hospital. In her three count amended

complaint, plaintiff alleges defendant discriminated against her on the basis of her disability,

in violation of: (1) Title III of the Americans with Disabilities Act; (2) Section 504 of the

Rehabilitation Act; and (3) the New York State Human Rights Law. Both parties have now moved in limine to preclude the use of certain evidence in the upcoming trial in this matter.

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on December 21, 2017, in Utica, New York, it is hereby

ORDERED that

1. Plaintiff's motion in limine to preclude evidence of her prior lawsuits and testimony by Nicole Knapp (ECF No. 44) is DENIED;

2. Plaintiff's motion in limine to preclude testimony relating to defendant's corporate representative (ECF No. 61) is DENIED;

3. Defendant's motion in limine to preclude testimony by plaintiff's expert (ECF No. 54) is DENIED;

4. Defendant's motion in limine to preclude evidence of plaintiff's lost wages and medical treatment or records (ECF No. 63) is DENIED as moot; and

5. Trial is scheduled for January 16, 2018, in Utica, New York.

IT IS SO ORDERED.

United States District Judge

Dated: December 21, 2017
      Utica, New York.