UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELINOR GOLDBERG,

                              Plaintiff,

   -v-                                                  1:15-CV-3

WESTCHESTER-ELLENVILLE HOSPITAL,
INC., *doing business as,* ELLENVILLE
REGIONAL HOSPITAL,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

EISENBERG & BAUM LLP                 LEAH WIEDERHORN, ESQ.
Attorneys for Plaintiff                      ANDREW ROZYNSKI, ESQ.
24 Union Square East, 4th Floor
New York, NY 10003

LITCHFIELD CAVO LLP                  EDWARD FOGARTY, JR., ESQ.
Attorneys for Defendant               KRUPA A. SHAH, ESQ.
420 Lexington Avenue, Suite 2104
New York, NY 10170

DAVID N. HURD
United States District Judge

## ORDER

     Trial in this matter was scheduled to begin on Tuesday, January 16, 2018, in Utica, New York. The parties have advised that the issues raised in the amended complaint have been resolved by the payment of $100,000 by the defendant Westchester-Ellenville Hospital, Inc., doing business as Ellenville Regional Hospital, to the plaintiff Elinor Goldberg, in exchange for a general release.

Therefore, it is

ORDERED that

1. The amended complaint is DISMISSED with prejudice; and

2. Jurisdiction is retained for the sole purpose of resolving any issues that may arise regarding the completion of the above settlement.

The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 12, 2018
      Utica, New York.